Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA A. FRANKS and BILLY L. FRANKS, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a foreign corporation,<br><br>Defendant. | No. 2:21-cv-00429<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## I.   STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1

CAUSE NO. 2:21-CV-00429

3167591 / 1523.0115

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 22nd day of February, 2022.        DATED this 23 day of February, 2022.

HESTER LAW GROUP, INC., P.S.                   FORSBERG & UMLAUF, P.S.

/s/ Lance M. Hester
Lance M. Hester, WSBA #27813                   Roy A. Umlauf, WSBA #15437
*Attorney for Plaintiffs*                       *Attorney for Defendant*

## II.   ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this ____ day of _____, 2022.

_____
Honorable Lauren King

*Presented by:*                                 *Approved for Entry: Notice of Presentation Waived*

FORSBERG & UMLAUF, P.S.                        HESTER LAW GROUP, INC., P.S.


_____                /s/ Lance M. Hester
Roy A. Umlauf, WSBA #15437                     Lance M. Hester, WSBA #27813
*Attorney for Defendant*                        *Attorney for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2

CAUSE NO. 2:21-CV-00429

3167591 / 1523.0115

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX